◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FLABIAN SMITH, Appellant. [851 NYS2d 897]—Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered on or about February 7, 2007, unanimously affirmed. No opinion. Or-

der filed. Concur—Tom, J.P., Friedman, Nardelli and Catterson, JJ.